# For Legal Purposes Only

Being mailed on (12/29/22)
Legal mail Addressed To: The,
United States middle District
Federal Court Clerk.
At: 300 North Hogan Street (Suite) (2150)
Jacksonville Florida, 32202 -

12/29/22
Legal Mail
Provided to Florida State Prison on
_____ / _____ for mailing by _____

3:23CV19-HLA-JBT

2023 JAN -5 PM 2:18
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

FILED

Legal Correspondence From: (F.D.O.C.) Inmate:
Ms. Sheron Lopez-Jackson DC# K6026

Current F.D.O.C. Inst. Housing Location: Florida State Prison/
P.O. Box 800, Raiford Florida, 32083.

Attention Federal Court Clerk:

I correspond to your Civil Federal Courts at this Time to Inform You, that, Due to A Few of my Last Legal mail Attempts to mail you legal correspondence(s) from me. on (12/14/22)(12/19/22)/12/20/22) And (12/25/22) ☞ That was not Appropriately mailed To you By (Florida State Prison) Mail Room Staff (Ms. Price.) and security legal mail staff (C.O. Shedy). I wanted For you to know that I mailed you Legal mail on 12/27/22 (should be post marked) For (12/25/22) For mailing to you. However my (12/25/22) Legal mail To you was Returned To me After it was Dated-Stamped (Legally) And Sealed by me to mail to your Courts. I have Been going Through this Legal mail violation By These (2) Staff For sometime now. Due To The subject of why I wish To Bring A 1983 Civil Action to your Courts. I... so, This is Just To Let you know I Hope you Receive The 12/27/22 Dated legal mail to you. Sincerely, Ms. Lopez-Jackson